04-17-00622-CV
nisc

2017 SEP 26 PM 4:58

FILED IN THE COURT OF APPEALS AT SAN ANTONIO, TEX.

Civil Appeals § 6:283          CAUSE NO. 2016C108203

Notice of appeal from **judgment** as a whole

Summary To the Honable court of appeals

World Wide Automotive Repair Paint Body wishes to appeal this judgement on the basis that I was not represented by attorney and the fact that the vehicles in question have been returned. Also vehicles that have not been returned I know nothing about and never had them in my possession.

Plaintiff

SANTANDER CONSUMER USA INC

P.O. Box 25120
Lehigh Valley, PA. 18802

v.

Attys Sidney H. scheinberg
1201 Elm Street Suite 1700
Dallas, TEXAS 75270   214-939-4501

*[defendant]*,
World Wide Automotive Repair Paint Body

In the District Court of
285 JUDICIAL DISTRICT

*BEXAR]* County, Texas

*[number]* Judicial District

**Notice of Appeal**

Pursuant to Texas Rule of Appellate Procedure 25.1, *[name of appellant]*, the *[plaintiff or defendant]* in the above-styled and numbered action, files this notice of appeal to *[appellate court to which appeal is taken or, if applicable either the First or Fourteenth Court of Appeals]*. *[Plaintiff or Defendant]* desires to appeal from the **judgment** rendered against *[plaintiff or defendant]* by the *[court]* of BEXAR County 285 JUDICIAL COURT OF, Texas, on AUGUST 23, 2017.

*[If appeal is accelerated, add: This appeal is accelerated pursuant to (authority, such as: Texas Rule of Appellate Procedure 28.1)].*

*(Appellant) is a party affected by the trial court's judgment. However, (appellant) did not participate, either in person or through counsel, in the hearing resulted in the judgment complained of. In addition, (appellant) did not timely file a postjudgment motion, a request for findings of fact and conclusions of law, or a notice of appeal].*

September 21, 2017

World WideAutomotive Repair BodyShop

1226 S.WW WHITE RD
SAN ANTONIO TX. 78220

State of Texas

Verification *Inna Grebyedyeva@gmail*
*210-383-2447*

County of *BEXAR*

Before me, the undersigned notary public, on this day personally appeared *[name of party]*, known to me (or proved to me on the oath of *[name of person giving oath]* or through *[description of identity card or other document]*), who after being duly sworn, upon *[his or her]* oath stated that *[he or she]* is the *[party status]* in the above-captioned cause; that *[he or she]* has read the foregoing document; and that every statement contained therein is true and correct within his or her personal knowledge.

*[Signature of affiant]* _____    *Jasmine Kemp*

SUBSCRIBED AND SWORN TO before me on this *[date]*, to which I place my signature and official seal.

*[Signature of Notary Public]* _____
*[Printed Name of Notary Public]* EDITH Williams
My Commission Expires: *[date commission expires]*

> EDITH WILLIAMS
> NOTARY PUBLIC
> STATE OF TEXAS
> My Comm. Exp. 05-26-2019
> ID# 168886

Notary Public for the State of Texas

Certificate of Service

I certify that on *[date]*, I deposited in the United States Mail a true copy of the preceding notice of appeal addressed to *[name]*, attorney of record for *[plaintiff or defendant]*, of *[address]*, *[city]*, Texas, *[zip code]*. This copy of the notice of appeal was sent by *[registered or certified]* mail with return receipt requested.

Dated September 21,2017

*[Signature, State Bar of Texas identification number, address, telephone number, and, if available, telecopier number of at least one attorney of record]*

Westlaw. © 2017 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.

End of Document

© 2017 Thomson Reuters. No claim to original U.S. Government Works.

# Certificate of Service

The undersigned Hereby certifies that on 7-26-17 a copy of the Following Case 2016C 108203 was served on the following Plaintiffs below.

Santander consumer USA INC
P.O. Box 25120
Lehigh Valley PA. 18002
&

Sidney H. Scheinberg
1201 Elm Street Suite 1700
Dallas, Texas 75270

Jasman Kemp

Jasmen Kemp